# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Grinnell Mutual Insurance Company, as subrogee of Brandon J. Kelly, | Civil No. 11-2967 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| United States of America, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: October 12, 2011

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge