## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| GRINNELL MUTUAL INSURANCE CO., | Civil No. 11-2967 (RHK/LIB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____

Based upon the Stipulation of Dismissal executed by the parties hereto,

**IT IS ORDERED** that the above-entitled matter may be and it is hereby **DISMISSED WITH PREJUDICE** and on the merits without further cost to either party. Either party may move to reopen these proceedings within sixty days of the date of this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 7, 2012

                                                            s/Richard H. Kyle
                                                            RICHARD J. KYLE
                                                            United States District Judge